**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Mohamednoor A.,

Petitioner,

v.

Kristi Noem, Secretary, U.S. Department of Homeland Security, Department of Homeland Security, in her official capacity; Todd M. Lyons, Acting Director of Immigration and Customs Enforcement, Immigration and Customs Enforcement, in his official capacity; Peter Berg, Director, St. Paul Field Office, Immigration and Customs Enforcement, in his official capacity; and Samuel J. Olson, Field Office Director of Enforcement and Removal Operations, Chicago Field Office, Immigration and Customs Enforcement, in his official capacity,

Respondents.

Case No. 26-cv-0564 (MJD/SGE)

**ORDER**

---

Petitioner Mohamednoor A. has filed a petition for a writ of habeas corpus. It appears that another habeas corpus petition may have been filed on behalf of the same petitioner previously. *See Mohamednoor A. v. Bondi*, No. 26-cv-0525 (ECT/ECW) (D. Minn.). If so, then any claims raised in this action almost certainly can be raised in the prior action (which is still ongoing), and there is no need for parallel, duplicative habeas proceedings.

Accordingly, Petitioner is directed to inform the Court by no later than 4:00 p.m. today whether he is the subject of the habeas petition initiating Case No. 26-cv-0525 (ECT/ECW). Finally, if Petitioner is the subject of the earlier habeas petition, then he should explain why this matter should not be dismissed without prejudice as duplicative of the prior action.

**SO ORDERED.**

Dated: January 23, 2026

*s/Shannon G. Elkins*
Shannon G. Elkins
United States Magistrate Judge