UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mohamednoor J.,

Petitioner,

v.

Case No. 26-cv-525 (ECT/ECW)

Pamela Bondi, et al.,

Respondents.

---

Mohamednoor J.,

Petitioner,

v.

Case No. 26-cv-564 (MJD/SGE)

Kristi Noem, et al.,

Respondents.

---

**ORDER OF DIRECTION TO THE CLERK OF COURT FOR REASSIGNMENT OF RELATED CASE**

Case No. 26-cv-0525 (ECT/ECW) having been assigned to Judge Eric C. Tostrud and Magistrate Judge Elizabeth Cowan Wright; and Case No. 26-cv-564 (MJD/SGE) having later been assigned to Judge Michael J. Davis and Magistrate Judge Shannon G. Elkins; and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 26-cv-564 (MJD/SGE) be assigned to Judge Eric C. Tostrud and Magistrate Judge Elizabeth Cowan Wright nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system. The

Clerk of Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order filed July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: January 24, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court

Dated: January 24, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court