UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Mohamednoor A., | File No. 26-cv-525 (ECT/ECW) |
| Petitioner, | |
| v. | **ORDER CONSOLIDATING CASES** |
| Pamela Bondi, *Attorney General of the United States*; Kristi Noem, *Secretary of Homeland Security*; Todd M. Lyons, *Acting Director of U.S. Immigration and Customs Enforcement*; Peter Berg, *Field Office Director, ICE Enforcement and Removal Operations, St. Paul*; U.S. Immigration and Customs Enforcement; and U.S. Department of Homeland Security, | |
| Respondents. | |

| | |
|---|---|
| Mohamednoor A., | File No. 26-cv-564 (ECT/ECW) |
| Petitioner, | |
| v. | |
| Kristi Noem, *Secretary, U.S. Department of Homeland Security, in her official capacity*; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement, Immigration and Customs Enforcement, in his official capacity*, Peter Berg, *Director, St. Paul Field Office, Immigration and Customs Enforcement, in his official capacity*; and Samuel J. Olson, *Field Office Director of Enforcement and Removal Operations, Chicago Field Office, Immigration and Customs Enforcement, in his official capacity*, | |
| Respondents. | |

The Court has determined that these actions involve numerous common questions of law and fact. Fed. R. Civ. P. 42(a). Through two different attorneys, Petitioner Mohamednoor A. filed two petitions for habeas corpus pursuant to 28 U.S.C. § 2241, seeking the same relief. The Government has filed the same response in both cases. Consolidation of these actions will avoid duplication of efforts and will help efficiently manage the litigation of both cases. Fed. R. Civ. P. 42(a)(3); *see Jackson v. Gutzmer*, No. 16-cv-3831 (JRT/BRT) et al., 2017 WL 4174748, at *3 (D. Minn. Sep. 20, 2017) (noting that district court may consolidate actions sua sponte). Therefore, **IT IS HEREBY ORDERED THAT**:

1. The cases of *Mohamednoor A. v. Bondi*, 26-cv-525 (ECT/ECW) (D. Minn.), and *Mohamednoor A. v. Noem*, 26-cv-564 (ECT/ECW) (D. Minn.) are **CONSOLIDATED** for adjudicating Petitioner's requested habeas relief before U.S. District Judge Eric C. Tostrud and U.S. Magistrate Judge Elizabeth Cowan Wright.

2. To give full effect of this consolidation of related proceedings:

    a. The first-filed case, *Mohamednoor A. v. Bondi*, 26-cv-525 (ECT/ECW), shall serve as the lead case of these consolidated matters.

    b. All future filings for these related proceedings shall be filed in the lead case and shall bear the lead case's caption.

    c. All future filings in the lead case shall be considered filed in the related case as well; filings should not be separately docketed in the related case and all previous filings in the related cases need not be re-filed in the lead case.

      d.      The Clerk of Court is directed to add all parties and attorneys of record from the related cases to the lead case.

      e.      The Clerk of Court is directed to administratively close case number 26-cv-564 (ECT/ECW).

Dated: January 26, 2026                                 s/ Eric C. Tostrud
                                                           Eric C. Tostrud
                                                           United States District Court